THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMELIA SAPPHIRE, individually and as class representative, | ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| FRED MEYER STORES, INC., | ) ) ) |
| Defendant. | ) ) ) ) ) |

NO. 2:22-cv-01795-JCC

**JOINT STATUS REPORT AND DISCOVERY PLAN**

Pursuant to Federal Rule of Civil Procedure 26(f), Local Civil Rule 16, and the Court's Order Regarding Initial Disclosures and Joint Status Report (Dkt. 7), Plaintiff Amelia Sapphire ("Plaintiff") and Defendant Fred Meyer Stores, Inc. ("Defendant") (collectively, "the Parties"), through undersigned counsel, submit this Joint Status Report and Discovery Plan.

1. **Nature and Complexity of the Case**

This case is a class action wage matter seeking relief under Washington wage laws in connection with Defendant's alleged faulty implementation of a new payroll system. Due to the technical nature of the payroll transition, the many employees affected, and that wage records are

JOINT STATUS REPORT AND DISCOVERY PLAN
(NO. 2:22-cv-01795-JCC) - 1

MENDEZ LAW GROUP, PLLC
3317 36TH AVE SOUTH, SUITE B
SEATTLE, WASHINGTON 98144
PHONE: (206) 290-5148
FAX (206) 260-9010

often voluminous, the Parties anticipate substantial documents to be exchanged in the course of discovery. For these reasons, the case is likely to be factually complex.

2. **Proposed Deadline for Joining Additional Parties and Amending Pleadings**

The parties propose May 2, 2023 as the deadline to join additional parties and July 10, 2023 as the deadline by which to amend the pleadings.

3. **No Consent to Assignment of Case to a Magistrate Judge**

The Parties do not consent to the assignment of this case to a U.S. Magistrate Judge.

4. **Discovery Plan**

Counsel for the Parties participated in a Rule 26(f) conference via telephone conference on February 1, 2023.

    a. **Initial Disclosures**

As set by the Court, the Parties will exchange their initial Rule 26(a)(1) disclosures on or before February 8, 2023. *See* Dkt. 7.

    b. **Subjects, Timing, and Potential Phasing of Discovery**

The Parties expect to exchange discovery regarding the claims and defenses in the case. At present, the Parties do not believe that a general bifurcation of discovery is necessary. Defendant, however, reserves and does not waive any objections to timing and potential phasing of specific or individualized discovery issues that may arise. The Parties agree that discovery will be conducted pursuant to the Federal Rules of Civil Procedure and the Local Civil Rules. Should any discovery complications arise, the Parties will make good faith efforts to resolve the issues prior to seeking Court intervention.

    c. **Electronically Stored Information ("ESI")**

The Parties plan to collect and produce ESI, as necessary, and do not anticipate significant issues regarding the disclosure or discovery of ESI at this time.

JOINT STATUS REPORT AND DISCOVERY PLAN
(NO. 2:22-cv-01795-JCC) - 2

**MENDEZ LAW GROUP, PLLC**
3317 36TH AVE SOUTH, SUITE B
SEATTLE, WASHINGTON 98144
PHONE: (206) 290-5148
FAX (206) 260-9010

**d.      Privilege Issues**

The Parties do not anticipate any unique or specific privilege concerns with this case beyond customary attorney-client privilege and work product protection issues.

**e.      Proposed Limitations on Discovery**

The Parties do not currently see a need to change the discovery limitations imposed by the Federal Rules of Civil Procedure and the Local Rules for the Western District of Washington. If the Parties determine at a later date that discovery limitations should be adjusted, the Parties may stipulate to adjusted limitations or seek Court approval in the event agreement cannot be reached.

**f.      Need for Discovery-Related Orders**

The Parties anticipate entering into a stipulated protective order based on the W.D. Washington model order, to be presented to the Court.

**5.      Matters to be Addressed Pursuant to LCR 26(f)(1)**

The following constitute the Parties' views, proposals, and agreements pursuant to Local Civil Rule 26(f)(1).

**a.      Prompt Case Resolution**

The Parties have not yet engaged in early resolution discussions but are willing to consider the possibility as additional facts become known in discovery.

**b.      Alternative Dispute Resolution (ADR)**

The Parties have not yet engaged in ADR discussions but are willing to consider the possibility of mediation in the future as additional facts become known in discovery.

**c.      Related Cases**

Defendant at the time of removal filed a Notice of Pendency of Other Action citing *Samantha Woody et al. v. Fred Meyer Stores, Inc.*, USDC Case No. 3:22-cv-01800-HZ, currently pending before Honorable Marco A. Hernandez in the United States District Court for the District of Oregon. The plaintiffs in that matter, like Plaintiff in this case, allege that Defendant

JOINT STATUS REPORT AND DISCOVERY PLAN
(NO.  2:22-cv-01795-JCC) - 3

MENDEZ LAW GROUP, PLLC
3317 36TH AVE SOUTH, SUITE B
SEATTLE, WASHINGTON 98144
PHONE: (206) 290-5148
FAX (206) 260-9010

violated wage laws in connection with the faulty implementation of a new payroll system. However, because the plaintiffs in that matter seek relief under Oregon wage laws, the Parties agree that the cases are not related as defined by Local Civil Rule 3(g). Further, because the claims rely on entirely different legal standards and are likely to have different issues in dispute—including a pending motion to remand in this case—Plaintiff opposes transfer of this case and does not believe that coordination between the actions might avoid conflicts, conserve resources or promote an efficient determination of the action.

### d.  Discovery Management

The Parties agree to service of discovery requests and responses by email pursuant to Fed. R. Civ. P. 5(b)(2)(E). The parties anticipate entering into a formal electronic service agreement. The Parties will meet and confer in good faith regarding disagreements, if any, and will seek Court intervention as needed in accordance with the Federal Rules of Civil Procedure and the Local Civil Rules.

### e.  Anticipated Discovery Sought

The Parties expect to exchange written discovery on issues related to the claims and defenses in the case, and to take depositions as needed.

### f.  Phasing of Motions

The Parties at this time do not believe that phasing of motions is necessary in this case.

### g.  Preservation of Discoverable Information

Counsel have instructed their respective client to preserve potentially discoverable information.

### h.  Inadvertent Waiver or Production of Privileged Information

The Parties anticipate addressing these topics in a stipulated protective order.

JOINT STATUS REPORT AND DISCOVERY PLAN (NO. 2:22-cv-01795-JCC) - 4

**MENDEZ LAW GROUP, PLLC**
3317 36TH AVE SOUTH, SUITE B
SEATTLE, WASHINGTON 98144
PHONE: (206) 290-5148
FAX (206) 260-9010

        **i.**      **Model Protocol for Discovery of ESI**

The Parties will work cooperatively to enter into an agreement, if necessary. The Parties anticipate the agreement, if necessary, would be based on the W.D. Washington model protocol with mutually-agreeable modifications.

        **j.**      **Alternatives to Model Protocol**

None expected at this time.

        **k.**      **Date upon which the plaintiffs shall move for a determination under Fed. R. Civ. P. 23(c)(1), as to whether the case is to be maintained as a class action, and an appropriate briefing schedule for the motion.**

**Deadline to file Motion:**   November 6, 2023

**Notation:**   December 4, 2023

**Response:**   November 27, 2023

**Reply:**   December 4, 2023

**6.**    **Patent Challenges**

Not applicable.

**7.**    **Completion of Discovery**

October 2, 2023.

**8.**    **Bifurcation**

The Parties do not believe that bifurcation is necessary at this time.

**9.**    **Dispensing with Pretrial Statements / Order Required by LCR 16 & 16.1**

The Parties do not believe the pretrial statements and pretrial order called for by Local Civil Rules 16(e), (h), (i), and (l), and 16.1 should be dispensed with.

**10.**    **Individualized Trial Program / ADR Options Pursuant to LCR 39.1 & 39.2**

The Parties presently do not intend to utilize the Individualized Trial Program set forth in LCR 39.2 or any of the ADR options set forth in LCR 39.1. If the Parties determine at a later date that participation in either is necessary or advisable, the parties may stipulate to such participation.

JOINT STATUS REPORT AND DISCOVERY PLAN
(NO. 2:22-cv-01795-JCC) - 5

**MENDEZ LAW GROUP, PLLC**
3317 36TH AVE SOUTH, SUITE B
SEATTLE, WASHINGTON 98144
PHONE: (206) 290-5148
FAX (206) 260-9010

**11.  Other Suggestions for Shortening or Simplifying the Case**

At this time, the Parties do not have other suggestions for simplifying or shortening the case.

**12.  Proposed Trial Date**

The parties ask the Court to schedule a trial date after the Court's decision on Plaintiff's Motion for Class Certification.

**13.  Jury / Bench Trial**

Neither party has filed a jury demand.

**14.  Number of Trial Days Required**

The parties anticipate trial will require two weeks (ten days).

**15.  Names & Contact Information for Trial Counsel**

Plaintiff's trial counsels are Richard B. Myers of Bennett Hartman, LLP, located at 210 SW Morrison St., Portland, OR 97204; phone: (503) 546-9623; and Damian Mendez of Mendez Law Group PLLC, located at 3317 36th Avenue S., Unit B, Seattle, WA 98144; phone: (206) 290-5148; fax: (206) 260-9010. Plaintiff's counsels' email addresses are: richard@bennetthartman.com and damian@damianmendezlaw.com, respectively.

Defendant's trial counsel are Dennis Westlind, Jessica Osborne, and Ed Choi of Bullard Law, located at 200 SW Market Street, Suite 1950, Portland, OR 97201; phone: (503) 248-1134; fax: (503) 224-8851.  Defendant's counsel's email addresses are: dwestlind@bullardlaw.com, josborne@bullardlaw.com, and echoi@bullardlaw.com, respectively.

**16.  Trial Date Conflicts of Counsel**

Counsel for Defendant has a conflicting trial beginning on September 28, 2023. Counsel for Plaintiff has conflicting trials beginning on November 23, 2023, and November 6, 2023.

**17.  Status of Service & Jurisdictional Issues**

Service is complete.

JOINT STATUS REPORT AND DISCOVERY PLAN
(NO.  2:22-cv-01795-JCC) - 6

MENDEZ LAW GROUP, PLLC
3317 36TH AVE SOUTH, SUITE B
SEATTLE, WASHINGTON 98144
PHONE: (206) 290-5148
FAX (206) 260-9010

**18.   Scheduling Conference**

The Parties do not request a scheduling conference at this time.

**19.   Corporate Disclosure Statements**

Defendant Fred Meyer Stores, Inc. filed its Corporate Disclosure Statement December 23, 2022. *See* Dkt. 10.

20. **Certification of Review of Chamber Procedures, Local Rules, and Electronic Filing Procedures**

The Parties certify that counsel have reviewed and complied with Judge Coughenour's chambers procedures, the Local Rules, and the applicable Electronic Filing Procedures.

21. **Certification of Review and Compliance with Canon**

The parties certify that all counsel have reviewed and complied with Canon 3(C)(1)(b) of the Code of Conduct for United States Judges.

DATED this 15th day of February, 2023.

*Attorneys for Plaintiff*
MENDEZ LAW GROUP, PLLC

/s/ *Damian S. Mendez*
Damian S. Mendez, WSBA #36157
3317 36th Avenue S., Unit B
Seattle, WA 98144
Phone: (206) 290-5148
Fax: (206) 260-9010
damian@damianmendezlaw.com

BENNETT HARTMAN, LLP

*/s/ Richard B. Myers*
Richard B. Myers, WSBA #53893
210 SW Morrison St.
Portland, OR 97204
Phone: (503) 546-9623
Email: richard@bennetthartman.com

*Attorneys for Defendant*
BULLARD LAW

*/s/ Dennis Westlind*
Dennis Westlind, WSBA #39972
Jessica Osborne, OSB No. 124101
*(admitted pro hac vice)*
Ed Choi, OSB No. 135673
*(admitted pro hac vice)*
200 SW Market Street, Suite 1950
Portland, OR 97201
Phone: (503) 248-1134
Fax: (503) 224-8851
dwestlind@bullardlaw.com
josborne@bullardlaw.com
echoi@bullardlaw.com

JOINT STATUS REPORT AND DISCOVERY PLAN (NO. 2:22-cv-01795-JCC) - 7

MENDEZ LAW GROUP, PLLC
3317 36TH AVE SOUTH, SUITE B
SEATTLE, WASHINGTON 98144
PHONE: (206) 290-5148
FAX (206) 260-9010

**CERTIFICATE OF SERVICE**

The undersigned certified under penalty of perjury under the laws of the State of Washington that on the date below indicated I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such to those attorneys of record registered on the CM/ECF system. All other parties (if any) shall be served in accordance with the Federal Rules of Civil Procedure

DATED this 15th day of February, 2023.

MENDEZ LAW GROUP, PLLC

/s/ *Damian S. Mendez*
Damian S. Mendez, WSBA #36157

JOINT STATUS REPORT AND DISCOVERY PLAN
(NO. 2:22-cv-01795-JCC) - 8

**MENDEZ LAW GROUP, PLLC**
3317 36TH AVE SOUTH, SUITE B
SEATTLE, WASHINGTON 98144
PHONE: (206) 290-5148
FAX (206) 260-9010